1
2
3
4
5
6
7
8        IN THE UNITED STATES DISTRICT COURT

9        FOR THE EASTERN DISTRICT OF CALIFORNIA

10   ROBERT MURPHY, et al.,

11           Plaintiffs,              No. CIV S-11-0017 FCD EFB (TEMP) PS

12       vs.

13   JP MORGAN CHASE BANK,

14           Defendant.              <u>ORDER</u>

15   _____/

16       This proceeding was referred to this court by Local Rule 302(c)(21).  Plaintiffs allege

17   violations of various federal statutes in connection with a residential loan.  Plaintiffs have not

18   paid the fee ordinarily required to file an action in this court, and have filed an application to

19   proceed without prepayment of fees.  *See* 28 U.S.C. §§ 1914(a), 1915(a).  The application,

20   however, is signed by only one of the plaintiffs.  Before this action may proceed, an application

21   to proceed without prepayment of fees must be submitted by each plaintiff.

22       Accordingly, IT IS HEREBY ORDERED that:

23       1.  Plaintiff Robert Murphy shall submit, within twenty-eight days from the date of this

24   order, either a completed application and affidavit in support of a request to proceed in forma

25   pauperis on the form provided by the Clerk of Court, or the appropriate filing fee;

26   ////

1  plaintiff's failure to comply with this order will result in a recommendation that this action be

2  dismissed; and

3        2.  The Clerk of the Court is directed to send plaintiff Robert Murphy an Application to

4  Proceed In Forma Pauperis.

5  DATED:  January 18, 2011.

6                                              EDMUND F. BRENNAN
                                               UNITED STATES MAGISTRATE JUDGE
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26